UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RODRIGO GODINEZ,
    also known as "Gordo"

JUDGE GETTLEMAN

MAGISTRATE JUDGE VALDEZ

No. 18 CR 279

Violation: Title 21, United States Code, Section 841(a)(1)

FILED
JUN -6 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about March 20, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

RODRIGO GODINEZ, also known as "Gordo,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about April 3, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

RODRIGO GODINEZ, also known as "Gordo,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about May 1, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

        RODRIGO GODINEZ, also known as "Gordo,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

# FORFEITURE ALLEGATION

The SPECIAL AUGUST 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 841 as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2. The property to be forfeited includes, but is not limited to:

   a. $40,903 in United States currency; and

   b. A tan 2008 Toyota Highlander, bearing VIN JTEDS41A482036392.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY